# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:22−cv−02022−NJR

| | |
|---|---|
| Marschke v. YouTube, LLC et al | Date Filed: 08/30/2022 |
| Assigned to: Chief Judge Nancy J. Rosenstengel | Date Terminated: 10/21/2022 |
| Cause: 28:1332 Diversity−(Citizenship) | Jury Demand: Plaintiff |
| | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Brad Marschke**<br>*Individually and on behalf of all others similarly situated* | represented by | **Gary M. Klinger**<br>Milberg Coleman et al – IL<br>227 W. Monroe Street<br>Suite 2100<br>Chicago, IL 60606<br>866−252−0878<br>Email: gklinger@milberg.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alexander Cohen**<br>Robbins Geller Rudman & Dowd LLP<br>120 E. Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432<br>561−750−3000<br>Fax: 561−750−3364<br>Email: acohen@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**James E. Barz**<br>Robbins Geller, et al<br>200 South Wacker Dr. 31st Floor<br>Chicago, IL 60606<br>312−674−4674<br>Fax: 312−674−4676<br>Email: jbarz@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jonathan B. Cohen**<br>Milberg Coleman Bryson Phillips Grossman, PLLC<br>800 S. Gay Street<br>Suite 1100<br>Knoxville, TN 37929<br>865−247−0080<br>Fax: 865−522−0049<br>Email: jcohen@milberg.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Stuart A. Davidson** |

    Robbins Geller Rudman & Dowd LLP
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432
561–750–3000
Fax: 561–750–3364
Email: sdavidson@rgrdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frank A. Richter**
Robbins Geller, et al
200 South Wacker Dr. 31st Floor
Chicago, IL 60606
312–674–4674
Fax: 312–674–4676
Email: frichter@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**YouTube, LLC**     represented by     **Susan Fahringer**
Perkins Coie LLP – Seattle
1201 Third Avenue
Suite 4900
Seattle, WA 98101–3099
206–359–8687
Fax: 206–359–9000
Email: sfahringer@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Calvin W. Cohen**
Perkins Coie, LLP – Chicago
110 North Wacker Dr.
Suite 3400
Chicago, IL 60606
312–324–8400
Fax: 312–324–9400
Email: ccohen@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Kathleen A. Stetsko**
Perkins Coie, LLP – Chicago
110 North Wacker Dr.
Suite 3400
Chicago, IL 60606
312–324–8400
Fax: 312–324–9400
Email: kstetsko@perkinscoie.com
*ATTORNEY TO BE NOTICED*

|   |   |
|---|---|
|   | **Sunita Bali**<br>Perkins Coie LLP – San Francisco<br>505 Howard Street<br>Suite 1000<br>San Francisco, CA 94105<br>415−344−7065<br>Fax: 415−344−7050<br>Email: sbali@perkinscoie.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Google LLC** | represented by | **Calvin W. Cohen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan Fahringer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kathleen A. Stetsko**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sunita Bali**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2022 | Ï 1 | COMPLAINT against Google LLC, YouTube, LLC ( Filing fee $ 402 receipt number AILSDC−4871206.), filed by Brad Marschke. (Attachments: # 1 Civil Cover Sheet, # 2 Summons YouTube, LLC, # 3 Summons Google LLC)(Richter, Frank) (Entered: 08/30/2022) |
| 08/30/2022 | Ï 2 | NOTICE of Appearance by Gary M. Klinger on behalf of Brad Marschke (Klinger, Gary) (Entered: 08/30/2022) |
| 08/31/2022 | Ï 3 | Notice of Judge Assignment. Chief Judge Nancy J. Rosenstengel assigned. All future documents must bear case number 22−2022−NJR. (kdw) (Entered: 08/31/2022) |
| 08/31/2022 | Ï 4 | NOTICE OF ACTION re 1 Complaint filed by Brad Marschke. See Local Rule 83.1(f). In all cases filed in, removed to, or transferred to this court, all attorneys, including government attorneys, shall file a written entry of appearance before addressing the court. Attorney Richter does not have a Notice of Appearance on file in this case. (kdw)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 08/31/2022) |
| 08/31/2022 | Ï 5 | NOTICE of Appearance by Frank A. Richter on behalf of Brad Marschke (Richter, Frank) (Entered: 08/31/2022) |
| 08/31/2022 | Ï 6 | NOTICE of Appearance by James E. Barz on behalf of Brad Marschke (Barz, James) (Entered: 08/31/2022) |

| 08/31/2022 | 7 | Summonses Issued as to Google LLC and YouTube, LLC. Originals mailed to Attorney Richter. (kek) (Entered: 08/31/2022) |
|---|---|---|
| 09/01/2022 | 8 | MOTION to Appear Pro Hac Vice by Attorney Stuart A. Davidson $200 fee paid,receipt number AILSDC–4873961 by on behalf of Brad Marschke. (Davidson, Stuart) (Entered: 09/01/2022) |
| 09/01/2022 | 9 | ORDER granting 8 Motion to Appear Pro Hac Vice of Attorney Stuart A. Davidson on behalf of Plaintiff. (lmb)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/01/2022) |
| 09/02/2022 | 10 | MOTION to Appear Pro Hac Vice by Attorney Alexander Cohen $200 fee paid,receipt number AILSDC–4874991 by on behalf of Brad Marschke. (Cohen, Alexander) (Entered: 09/02/2022) |
| 09/06/2022 | 11 | ORDER granting 10 Motion to Appear Pro Hac Vice of Attorney Alexander C. Cohen on behalf of Plaintiff. (lmb)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/06/2022) |
| 09/08/2022 | 12 | NOTICE of Appearance by Stuart A. Davidson on behalf of Brad Marschke (Davidson, Stuart) (Entered: 09/08/2022) |
| 09/09/2022 | 13 | NOTICE of Appearance by Alexander Cohen on behalf of Brad Marschke (Cohen, Alexander) (Entered: 09/09/2022) |
| 09/09/2022 | 14 | SUMMONS Returned Executed by Brad Marschke. YouTube, LLC served on 9/1/2022, answer due 9/22/2022. (Davidson, Stuart) (Entered: 09/09/2022) |
| 09/09/2022 | 15 | SUMMONS Returned Executed by Brad Marschke. Google LLC served on 9/1/2022, answer due 9/22/2022. (Davidson, Stuart) (Entered: 09/09/2022) |
| 09/09/2022 | 16 | MOTION to Appear Pro Hac Vice by Attorney Jonathan B. Cohen $200 fee paid,receipt number AILSDC–4878528 by on behalf of Brad Marschke. (Cohen, Jonathan) (Entered: 09/09/2022) |
| 09/13/2022 | 17 | ORDER granting 16 Motion to Appear Pro Hac Vice by Attorney Jonathan B. Cohen. (csb)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/13/2022) |
| 09/13/2022 | 18 | NOTICE of Appearance by Jonathan B. Cohen on behalf of Brad Marschke (Cohen, Jonathan) (Entered: 09/13/2022) |
| 09/19/2022 | 19 | NOTICE of Appearance by Calvin W. Cohen on behalf of YouTube, LLC, Google, LLC (Cohen, Calvin) (Entered: 09/19/2022) |
| 09/19/2022 | 20 | NOTICE of Appearance by Sunita Bali on behalf of Google LLC, YouTube, LLC (Bali, Sunita) (Entered: 09/19/2022) |
| 09/19/2022 | 21 | NOTICE of Appearance by Kathleen A. Stetsko on behalf of Google LLC, YouTube, LLC (Stetsko, Kathleen) (Entered: 09/19/2022) |
| 09/19/2022 | 22 | MOTION for Extension of Time to File Answer by All Defendants. (Attachments: # 1 Administrative Order [Proposed] Order Extending Time For Defendants To Answer Or Otherwise Respond)(Cohen, Calvin) (Entered: 09/19/2022) |
| 09/22/2022 | 23 | ORDER GRANTING 22 Agreed Motion to Extend Time for Defendants to Answer or Otherwise Respond. Defendants YouTube, LLC, and Google, LLC, shall file their responsive pleadings on or before November 21, 2022. Plaintiff shall have until January 5, 2023, to respond to any motions filed by Defendants, and Defendants shall respond by February 3, 2023. Google LLC answer due 11/21/2022; YouTube, LLC answer due 11/21/2022. Signed by Chief Judge Nancy J. Rosenstengel on 9/22/2022. (mlp) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER |

| | | |
|---|---|---|
| | | DOCUMENTATION WILL BE MAILED. (Entered: 09/22/2022) |
| 09/27/2022 | 24 | NOTICE of Appearance by Susan Fahringer on behalf of Google LLC, YouTube, LLC (Fahringer, Susan) (Entered: 09/27/2022) |
| 10/20/2022 | 25 | STIPULATION *Joint Stipulation to Transfer Venue* by All Defendants. (Stetsko, Kathleen) (Entered: 10/20/2022) |
| 10/21/2022 | 26 | ORDER TRANSFERRING CASE: Plaintiff Brad Marschke and Defendants YouTube, LLC, and Google LLC have stipulated to transfer this case to the United States District Court for the Northern District of California for all further proceedings. (Doc. 25 ). Accordingly, this case is hereby TRANSFERRED to the Northern District of California pursuant to 28 U.S.C. § 1404(a). Signed by Chief Judge Nancy J. Rosenstengel on 10/21/2022. (mlp) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 10/21/2022) |