ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG (201279)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelish@rgrdlaw.com
jgelman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
ALEXANDER C. COHEN (*pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
acohen@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHAN COLOMBO, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) YOUTUBE, LLC and GOOGLE LLC, ) ) Defendants. ) ) | Case No. 3:22-cv-06987-JD<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER TO EXTEND STAY PENDING SETTLEMENT** |

1      Pursuant to the Court's Order dated August 22, 2024 (Dkt. 102), Plaintiff Nathan Colombo ("Plaintiff") and Defendants YouTube, LLC and Google LLC (collectively, "YouTube," and together with Plaintiff, the "Parties"), by and through their respective counsel, submit the following joint status report:

      1.    On December 10, 2024, the Parties held a full-day mediation session with mediator Shirish Gupta of JAMS. The mediation was held in-person and via Zoom.

      2.    Following mediation, on December 16, 2024, the Parties reached an agreement in principle to resolve this case on a classwide basis.

      3.    The Parties are working diligently to finalize terms of the proposed settlement and to document the settlement for ultimate submission to the Court for preliminary approval and to direct notice to the settlement class under Fed. R. Civ. P. 23(e)(1)(B) and this District's Procedural Guidance for Class Action Settlements.

      4.    The Parties respectfully request the Court extend the stay of all case management deadlines from January 15, 2025, to March 4, 2025, in order to facilitate continued negotiations and documentation of the proposed settlement.

      5.    The Parties further propose that they submit a joint status report on or before February 21, 2025 to advise the Court on the progress of the proposed settlement.

Respectfully submitted,

Dated: January 6, 2025              ROBBINS GELLER RUDMAN & DOWD LLP

                                                       /s/ *Stuart A. Davidson*

Stuart A. Davidson
Alexander C. Cohen
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com
acohen@rgrdlaw.com

|   |   |   |
|---|---|---|
| 1 |  | ROBBINS GELLER RUDMAN & DOWD LLP |
|   |  | Aelish M. Baig |
| 2 |  | Jacob G. Gelman |
|   |  | Post Montgomery Center |
| 3 |  | One Montgomery Street, Suite 1800 |
|   |  | San Francisco, CA 94104 |
| 4 |  | Telephone: 415/288-4545 |
|   |  | aelishb@rgrdlaw.com |
| 5 |  | jgelman@rgrdlaw.com |

MILBERG COLEMAN BRYSON PHILLIPS
  GROSSMAN, PLLC
Gary Klinger
221 West Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866/252-0878
gklinger@milberg.com

Attorneys for Plaintiff

Dated: January 6, 2025

PERKINS COIE LLP

*/s/ Lauren Tsuji*
Susan D. Fahringer
Lauren Tsuji
Nicola Menaldo
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206/359-8000
SFahringer@perkinscoie.com
NMenaldo@perkinscoie.com
LTsuji@perkinscoie.com

Sunita Bali
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415/344-7000
SBali@perkinscoie.com

Hayden M. Schottlaender
500 N. Akard Street, Suite 3300
Dallas, TX 75201
Telephone: +1.214.965.7700
HSchottlaender@perkinscoie.com

Attorneys for Defendants YouTube, LLC and Google LLC

1
2        **IT IS SO ORDERED**.
3    Dated: _____
4                                   Honorable James Donato
                                     United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STATUS REPORT AND [PROPOSED] ORDER TO EXTEND STAY PENDING SETTLEMENT
3:22-cv-06987-JD                                                          - 3 -
4910-9134-1837.v1

CERTIFICATION OF COMPLIANCE WITH N.D. Cal. L.R. 5-1(i)(3)

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

/s/ Stuart A. Davidson