**PERKINS COIE LLP**
Susan D. Fahringer (Bar No. 162978)
SFahringer@perkinscoie.com
Nicola Menaldo *(Pro Hac Vice)*
NMenaldo@perkinscoie.com
Lauren J. Tsuji (Bar No. 300155)
LTsuji@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101 3099
Telephone:  206.359.8000
Facsimile:   206.359.9000

Hayden M. Schottlaender *(Pro Hac Vice)*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: +1.214.965.7700
Facsimile:  +1.214.965.7799

Sunita Bali (Bar No. 274108)
SBali@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone:  415.344.7000
Facsimile:   415.344.7050

*Attorneys for Defendants*
*YouTube, LLC and Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHAN COLOMBO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:22-cv-06987-JD<br><br>DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>DATE: June 26, 2025<br>TIME: 10:00 a.m.<br>CTRM: 11<br><br>HONORABLE JAMES DONATO |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3       Defendants YouTube, LLC ("YouTube") and Google LLC, by and through their counsel, hereby notify the Court that they do not oppose Plaintiff Nathan Colombo's Motion for Preliminary Approval of Class Action Settlement, Dkt. 113.

7  Dated: May 29, 2025              **PERKINS COIE LLP**

                                           By: */s/ Hayden M. Schottlaender*
                                                Hayden M. Schottlaender
                                                HSchottlaender@perkinscoie.com

                                           *Attorney for Defendants*
                                           *YouTube, LLC and Google LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: May 29, 2025

**PERKINS COIE LLP**

By: */s/ Hayden M. Schottlaender*
    Hayden M. Schottlaender
    HSchottlaender@perkinscoie.com

*Attorney for Defendants*
*YouTube, LLC and Google LLC*