# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: June 26, 2025                                           Judge:  Hon. James Donato

Time:  6 Minutes

Case No.       **3:22-cv-06987-JD**
Case Name      **Marschke v. YouTube, LLC et al**

Attorney(s) for Plaintiff(s):      Stuart Davidson / Alexander Wolf
Attorney(s) for Defendant(s):      Susan Fahringer / Lauren Tsuji / Sunita Bali

Deputy Clerk:  Lisa R. Clark
Court Reporter: Stephen Franklin

### PROCEEDINGS

Motion hearing -- Held.

### NOTES AND ORDERS

The proposed classwide settlement agreement, Dkt. No. 113-1 at Ex. 1, is preliminarily
approved.  The parties are directed to lodge by June 30, 2025, a Word version of the proposed
order, Dkt. No. 113-3, at jdpo@cand.uscourts.gov.