UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

---

Date: January 8, 2026 　　　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 15 Minutes

Case No.     **3:22-cv-06987-JD**
Case Name    **Colombo v. YouTube, LLC et al.**

Attorneys for Plaintiffs:   David Lietz/Stuart Davidson
Attorneys for Defendants:   Susan Fahinger/Sunita Bali/Lauren Tsuji/Hayden Schottlaender

Deputy Clerk: Lisa R. Clark 　　　　　　　　　　　　　　Court Reporter: Ruth Levine

### PROCEEDINGS

Fairness hearing -- Held.

### NOTES AND ORDERS

Final approval of the classwide settlement is granted. A written order will be issued.